# EXHIBIT A

## A Message From Mr. Hopkins

On behalf of the staff at Dunmore Jr/Sr High School, I am happy to welcome you to the 2022-2023 school year! We are looking forward to a successful school year where all of our students excel and achieve at their highest potential. We realize that for our students to be successful in school, they will need both supports at home and at school. As partners, we share the responsibility for each child's success and want you to know that we will do everything to carry out our responsibilities. Parents and students are encouraged to review the website to stay informed of school activities at www.dunmoreschooldistrict.net.

It is the responsibility of every student and family to become familiar with our procedures and expectations. Each handbook contains basic policies and procedures for the Jr/Sr high school that allow for the educational process to occur. If a situation arises where you cannot find information in the handbook, you should contact the administration, counselor, or teacher for assistance.

We look forward to continue our success at Dunmore Jr/Sr High School in 2022-23 and will continue to work diligently towards success of all of our students.

Respectfully,

Mr. Timothy Hopkins
Principal

1

## MISSION STATEMENT

The Mission of the Dunmore School District is to promote a healthy, quality education, through pupil participation in opportunities that prepare them to be well-rounded, productive members of society. Individual abilities will be fostered in developing self-directed lifelong learning skills, and providing students with respect for themselves and others. All our educational programs shall be safe, enjoyable and challenging, offering success to their participants.

### ALMA MATER

Dear Dunmore thy honor is safe in the hands
Of thy sons and thy daughters so true
Thy students and athletes fresh victories each year
Shall win for the Crimson and Blue
We will strive with our might
Thy fond name to exalt
We will sacrifice self to thee aim
And united in heart and in hand will achieve,
Only deeds that shall add to thy fame.

### DUNMORE SCHOOL DISTRICT
### NON-DISCRIMINATION POLICY

The Dunmore School District will not discriminate in its educational programs, activities, and employment practices based on race, color, national origin, sex, sexual preference, disability, age, religion, ancestry, union membership, or any other legally protected classification as required by Title VI, Title VII, Title IX and Section 503 and 504.

For information regarding civil rights, grievance procedures, services, activities, programs, facilities, or information about accommodations for persons with disabilities, contact Mr. John Marichak, Superintendent, of the Dunmore School District, 300 West Warren Street, Dunmore, PA 18512 by calling (570) 343-2110.

Title IX Coordinator is Mrs. Kaley Noone.
Please reference page 50 of the handbook.

2

## HEALTH INFORMATION

The School District recognizes that parents have the primary responsibility for the health of their children. Although the District strongly recommends that medication be given at home, it realizes that some children require medication while at school.

The basic responsibility of the school nurse is to act as a director of all medical activities within the school. She is to act as a resource for the health curriculum and a liaison between the school and various health agencies. Comprehensive health records are compiled on every child. First-Aid is administered and attention is given to sick children by the nurse, while she is in the school.

Processing, exclusion and re-admission of children suspected or diagnosed as having any communicable diseases, as regulated by the Pennsylvania Dept. of Health, in most cases, a student being readmitted to school must present a certificate from the attending physician.

The following is offered to you as basic information regarding the health care services mandated by state law and provided by the Dunmore School District. All of these examinations are completed by the school nurse, school physician, or school dentist. **If a problem in any area is detected, you will be informed in writing.**

**\*All referrals must be returned to the school in a timely fashion.**

Vision, Height and Weight Screening (Body Mass Index): Grades K-12
Hearing Screening: Grades K,1,2,3,7 & 11
Physical Examination: Grades K or 1, 6 & 11
Scoliosis Screening: Grades 6-7
Dental Examination: Grades K or 1,3 &7

You may arrange, at your own expense, to have any or all of these screenings completed by your family physician or dentist. All reports must be returned to school if you choose to have these services done on your own.

**HEALTH MANDATED REPORTS: All permission forms (i.e. Dental, Physical, Scoliosis) are required to be returned with a parent signature in a timely manner, to avoid students serving consequences. No verbal permission will be accepted.**

Please notify school nurse, in writing, of any health changes and/or changes in employment, phone numbers, and addresses.

**Mandatory testing set-up by the State are as follows:**

3

**Immunizations:** Children in ALL grades (K-12) need the following immunizations for attendance: (28 Pa. CODE CH23-School Immunizations):
- 4 doses of tetanus, diphtheria, and acellular pertussis, (1 dose on or after the 4th birthday)
- 4 doses of polio (4th dose on or after 4th birthday and at least 6 months after previous dose given)
- 2 doses of measles, mumps, rubella
- 3 doses of hepatitis B
- 2 doses of varicella (chickenpox) or evidence of immunity are required.

Seven through 12th Grade ADDITIONAL immunization requirements for attendance:
- 2 doses of meningococcal conjugate vaccine (MCV)
  *First dose is given 11-15 years; a second dose is required at age 16 or entry into 12th grade.
  *If the dose was given at 16 years of age or older, only one is required.
- 1 dose of tetanus, diphtheria, a cellular pertussis (Tdap)

The following exemptions are allowed: medical reasons, religious beliefs; and philosophical/strong moral or ethical conviction. If your child is exempt from immunizations, he or she may be removed from school during an outbreak.


**Physical Examinations** are required in Grades K, 1, 6 and 11. Children are encouraged to be examined by a family physician. Students may have a school physical with a consent form from their parent. If the report is not returned by May 1, your child may be excluded from school. PIAA sport physical exams will be accepted for the 11th grade health exam.


**Dental Examinations** are required in Grades 1, 3 and 7. A dental exam may be done by your private dentist. Students may have a school dental exam with a consent form from their parent. A report must be returned to school by May 1 of the school year. Your child may be excluded from school if the form is not returned.

**Tuberculin Testing:** "All students participating in travel outside of the United States for periods longer than two weeks will be referred for tuberculin skin testing upon return to school."

**Hearing Screenings:** All children in Grades K, 1, 2, 3, 7 and 11 are screened annually. Whenever a child fails the screening it is recommended they see their private physician.

**Annual Height, Weight, and Body Mass Index (BMI)** for age percentile. Parent/Guardian will be notified of the screening result and will be advised to share the information with their child's health care provider as they are the best person to evaluate the results.

4

**Vision Screening** will be given to all children during the school year. If your child fails this screening you will be sent a letter home via mail. It is your responsibility to return the completed form to school.

**Scoliosis Screening** is required in Grades 6 and 7. If you choose a private exam you must present a written note from your family physician. The school nurse will conduct screenings in late October/early November. Anyone failing the screening is re-examined by the school physician. If a problem is then evident a referral is made to the parent for future evaluation.

**Head Lice/Bed Bugs:** Children will not be routinely screened for head lice/bed bugs. It is the parent's responsibility to check their children on a regular basis. If your child has been excluded for head lice/bed bugs, they must be treated and shown product used before returning to school. Upon returning to school the student must be re-examined by the school nurse before entering the classroom. Parent must be present upon their return.

**Sick Procedure:** Children should not be sent to school ill. If a child becomes ill in school it is the parent's responsibility to have a plan for student pick up. No child will stay in the nurse's office for an extended period of time while a parent arranges transportation unless it is an emergency situation. **See Procedure for Illness/Accident Policy.**

**\*If a child is excluded for a communicable illness, a doctor's note must be returned before a return to school.**

**\*If a child is absent 3 days consecutively, a doctor's note is required on return to school**

### PROCEDURE FOR ILLNESS OR ACCIDENT DURING SCHOOL HOURS

1. Students are not allowed to visit the school nurse during change of classes EXCEPT IN AN EMERGENCY: Students are to report to class first.

2. A student is not allowed to go home for illness unless a parent or guardian is contacted.

3. NO STUDENT is allowed to walk home or drive home after being excused for an illness.

4. Transportation must be provided by the parent or their designee, and must enter the building to sign student out.

5. NO MEDICATION which includes Tylenol, Motrin and cough drops, etc. can be given in school. This is in compliance with the PA School Code. If a student requires medication during school hours he or she must obtain the need for this in writing from their physician and parent or guardian.

6. Students will be excluded from school for suspected communicable illness or undiagnosed rash. When they return to school the student must have a note from a physician stating that he or she may be readmitted to school.

7. If a nurse is not in the building students must report to the main office.

## DUNMORE SCHOOL DISTRICT
## MEDICATION POLICY

It is the policy of the Dunmore School District that medication be given outside of school hours whenever possible. However, if it is essential that a student receive medication during school hours the following criteria must be met before any medication be administered. This includes all over the counter medications.

1. The physician and parent must complete and sign the school district medication form. A faxed order with all the necessary information may be accepted.
2. All medications must be in their original container/package. Prescription products must have current prescription labels that state specifically when medication is to be given. Parent is responsible for expired medication.
3. In accordance with the school district policy all medication must be delivered to school administrator and/or nurse by a responsible adult.
4. It is the parent's responsibility to supply the school with all necessary medication and/or equipment needed for safe administration.
5. Medication Administration Forms must be renewed each school year.
6. School will not be responsible to administer missed doses or late doses of medication.
7. All unused medication must be picked up by a responsible adult at the end of the school year, otherwise it will be discarded.
8. No aspirin, Tylenol, inhalers, cough drops or cough medicine are administered by the school nurse, unless protocol by written order is provided by physician.
9. Possession or use of over the counter drugs and prescription medication in school is prohibited unless done under the supervision of the school nurse with written permission from the student's physician and parent or guardian.

**\*Medication forms are available on website or in school office.**

**CHILD ABUSE** – Each year in the United States one million children are abused. Five thousand die as a result of child abuse. Act 124, the Child Protective Service Act, mandates that teachers and educational personnel report suspected cases of child abuse. Under Pennsylvania law, "an abused child means a child under 18 years of age who exhibits evidence of serious physical or mental injury not explained by the available medical history as being accidental, sexual abuse, or serious neglect, if the injury, abuse or neglect has been caused by the act or omissions of the child's parents or by a person responsible for the child's welfare, provided, however, no child shall be deemed to be physically or mentally abused for the sole reason he/she is in good faith being furnished treatment by spiritual means through prayer alone in accordance with the tenets and practices of a recognized church or religious

denomination by a duly accredited practitioner thereof or solely on the ground of environmental factors which are beyond the control of the person responsible for the child's welfare such as inadequate housing, furnishings, income, clothing and medical care."

## ASSEMBLY PROGRAMS

Assembly programs are a vital part of the school educational philosophy. These programs should be viewed as an extension of the regular classroom. Students must be on their best behavior during an assembly program. Some basic rules regarding assemblies are:

A) Entry into the auditorium or gym should be in an orderly manner.

B) Respect for the assembly presenters must be the rule.

C) If a student is not interested in the program, he should remain quiet so others can enjoy the presentation.

D) Ignorant behavior, such as shouting or whistling, will not be tolerated.

E) Food and beverages are not allowed at assemblies.

F) At the conclusion of an assembly students will report quietly to their directed classes.

G) Failure to obey rules for assemblies will result in disciplinary action.

**Remember: Good conduct and courtesy reflects all of us at Dunmore Jr/Sr High School.**

## BUS REGULATIONS

At Dunmore Jr/Sr High School, riding the school bus is considered a privilege and involves responsibilities. The following will not be permitted while riding on district transportation and may result in a student losing his right to use district transportation and an out of school suspension.

A) Smoking/Vaping
B) Profanity
C) Throwing materials from bus
D) Fighting
E) Destruction of property
F) Endangering the safety of others
G) Cell Phone Use/ Other Electronic Devices

**\*Each school bus and school vehicle that is equipped with video and audio recording equipment shall contain a clearly posted notice informing drivers and passengers of the potential for video and audio recording.**

The Bus driver is the sole authority while the bus is en route to or from school. Any violations of rules will be reported to the administration for appropriate disposition.

## ATTENDANCE - ABSENCES

The key to a successful Jr/Sr high school career is regular attendance. When irregular attendance occurs, levels of accomplishment are lower, work missed can never be fully made up, and explanations, discussions, and teacher presentations are lost. Poor attendance can drastically affect a student's report card grade for class participation and can lead to, in certain cases, failure of a course. Excessive absences can be dealt with by the Administration by using detention or suspension to remedy the problem.

The responsibility for regular school attendance of a student rests with the parent or guardian.

## ATTENDANCE PROCEDURE

A) Parents or guardians are requested to call the Jr/Sr high school (346-2043) by 8:00 AM on days that their child (children) are absent. The Assistant Principal may call the homes of those students who are absent but whose parents or guardians have not called the school to report them excused for the day. On occasions, the Assistant Principal will call or visit the homes of students whose parents or guardians have called students excused ill to verify the excuse. The Assistant Principal may visit student's homes who are excessively absent/tardy. An automated call will go out to all students who are absent from school by 9:30 A.M.

B) Students must have a written excuse from their parents for all absences. This excuse must contain the date, reason for absence, and parental or guardian signature. If after five days from the date of the absence a written excuse is not submitted to school officials, the absence will be considered unexcused and the student may be subject to disciplinary action. In any given school year a maximum of 10 days of absences excused with a parental excuse shall be permitted. All absences beyond 10 days (cumulative) shall require an excuse from a medical professional. No medical excuses will be accepted after two weeks from the date of absence.

C) If it is determined that a student's absence is unexcused (no parental verification, truancy, school skipping), all and any disciplinary action will be taken by the administration. This action may include:

   1) Parental Conference/Student Attendance Improvement Plan
      2) Detention
      3) Out of School Suspension
      4) Magistrate's Hearing (Public School Code, Section 1333, Compulsory Attendance
         a) 90 day suspension of driver's license for first conviction
         b) six months for any subsequent convictions
         c) any student convicted of truancy who does not yet have a license will be ineligible to apply for a license or learner's permit.

## EXCUSES TO LEAVE SCHOOL EARLY

Students must bring a note to the main office, whenever possible, one day in advance of the date requested. A phone call may be made to the home to verify the excuse. Parents should include in their note where they can be contacted for verification. Unless it is an extreme emergency or an unavoidable appointment, parents should consider the impact on the student's education for early dismissals. Whenever possible, appointments should be made with consideration to the individual student's schedule. Students are not permitted to sign themselves out of school without written permission from their parent/guardian. Unless verified by a medical excuse all early dismissals will be considered unexcused.

8

## ABSENTEEISM AND COURSE COMPLETION POLICY

Regular attendance in school/classes is of the utmost importance to ensure satisfactory course progress and the awarding of credit for a particular subject. Successful completion of tests does not indicate that a student has mastered a particular subject.

Students who are absent for more than 10 consecutive days will be dropped from the active membership rolls and/or prosecuted under the compulsory attendance laws. Students who provide legal documentation for excused absence will not be subjected to this policy.

Students who fail to meet all aspects of student responsibility and reach the age of seventeen may be dropped from the rolls. P.A. Code 22-12.1

**Habitual Tardiness and/or Absenteeism will result in a student's loss of privileges such as: unable to participate in school sponsored athletic or extra-curricular events including all sports and clubs such as band, ski club, drama club, service club, art club, cheerleading, field trips, Semi and Prom, etc.**

**To review Pennsylvania's Compulsory Attendance Policy please go to the link below:**

**https://www.education.pa.gov/Policy-Funding/BECS/Purdons/Pages/CompulsorySchoolAttendance.aspx**

## SR HIGH SCHOOL BELL SCHEDULE

| Time | Description |
|------|-------------|
| 7:30 | Admission of pupils into the building |
| 7:40-8:34 | 1st Period + Homeroom |
| 8:37-9:19 | 2nd Period |
| 9:22-10:04 | 3rd Period |
| 10:07-10:49 | 4th Period |
| 10:52-11:22 | 5th Period – 1st Lunch |
| 11:25-11:37 | 6th Period – combo class |
| 11:40-12:10 | 7th Period – 2nd Lunch |
| 12:13-12:25 | 8th Period – combo class |
| 12:28-12:58 | 9th Period – 3rd Lunch |
| 1:01- 1:43 | 10th Period |
| 1:46- 2:28 | 11th Period |

9

## JR HIGH SCHOOL BELL SCHEDULE

| | |
|---|---|
| 7:30 | Admission of pupils into the building |
| 7:40-8:34 | 1st Period + Announcements/Attendance |
| 8:37-9:19 | 2nd Period |
| 9:22-10:04 | 3rd Period |
| 10:07-10:49 | 4th Period- Lunch+HR |
| 10:52-11:37 | 5th Period |
| 11:40-12:10 | 6th Period |
| 12:13-12:58 | 7th Period |
| 1:01-1:43 | 8th Period |
| 1:46-2:28 | 9th Period |

## EMERGENCY SCHOOL CLOSING SCHEDULE

**TWO HOUR DELAY**

| | |
|---|---|
| 9:30 | Bell to enter the building |
| 9:40 | Modified schedule begins |

A.M. Vo Tech students will report to Dunmore Jr/Sr High School by 12:15 P.M., check in at the Main Office and report to Sixth period class, unless otherwise directed by the administration.

## CAFETERIA PROCEDURE

A) Students should make every effort to keep the cafeteria clean. All disposable articles should be placed in the proper receptacles. Tables should be free of debris and chairs must be put back to their original position after the lunch period is completed.

B) All directions given by the cafeteria monitors must be strictly adhered to at all times. Cafeteria Monitors are the authority during lunch periods. All questions must be directed to them.

C) Students must not take any food or beverages from the cafeteria. All food or beverages must be restricted to the cafeteria and will not be allowed in the foyer area or other areas of the school.

D) In order to leave the cafeteria for any reason, students, must have permission from the cafeteria monitor. Passes are not to be issued on a regular basis.

E) Students are reminded cafeteria privileges may be suspended for violations of school rules.

F) Respect for the rights of others is of primary concern when the cafeteria is being used. Abusive behavior will not be permitted.

G) The cafeteria is part of the school; and all rules and regulations which apply to regular classroom areas, with certain exceptions, apply to the cafeteria.

H) All students are restricted to the following areas during lunch periods.
   1) Upper Foyer Area

10

2) Main Cafeteria Area

I) Students will not be dismissed to classrooms from the cafeteria until the following times.
4th period – 10:45 AM
5th period – 11:20 AM
7th period - 12:08 PM
9th period – 12:56 PM

J) Students will use the cafeteria lavs under the supervision of the lav monitor during the lunch periods. Other lavs in the school should not be used while a student is at lunch.

K) Students returning to their lockers after lunch should do so quietly and in an orderly manner. Rough-housing, excessive noise or any other disturbance will result in disciplinary action.

## STUDENT CAR/DRIVING REGULATIONS

Students driving to and from school must park their cars ONLY in assigned student parking areas. Students are advised to lock their cars at all times. Students are not allowed to go to their cars, without permission, during the school day. Reckless driving by students could result in student driving privileges being suspended, loss of license, arrest, and/or suspension. Please use seat belts at all times.

**Please Be Careful When Driving!!!**

**All student cars must be registered in the main office.**

## CLASSROOM REGULATIONS

The classroom should be viewed as a positive learning situation. Students should be prepared, with all necessary materials, to participate before entering their classrooms. Good posture is conducive to the learning experience. Rude behavior will not be tolerated. All property found in a classroom such as desks, books, tables, chairs, etc. should be handled with respect. Vandalism will not be permitted. Students caught in vandalism will be responsible to make restitution for all damaged material. Students must remain in their seats at all times, unless otherwise directed by their teacher. Students should not stand outside the classroom door or block the entrance ways to classrooms. When the end of the period bell rings, students should move quickly and orderly to their next assignment. Always be considerate of others when moving from class to class.

## DISCIPLINE

One of the most predominant factors of a good school is its discipline. Discipline should be of paramount importance to all members of the Dunmore Jr/Sr High School community. Students and parents must understand all rules and regulations and the Dunmore Jr/Sr High School discipline policy. The most important aspect of any discipline policy is self-discipline. Before taking any questionable action, students should always consider the rights of others and consider the effect their actions may have on their families, community, and school.

The Dunmore Jr/Sr High School philosophy of discipline is to be fair, just, individualized, whenever possible, and to bring about a positive behavior change in individuals for the good of the school community. Care for school and personal property, respect for others, appropriate classroom conduct,

11

proper manners and attitudes are the basis for acceptable Dunmore Jr/Sr High School students' behavior.

## CLUBS

Dunmore Jr/Sr High School has a variety of different clubs and activities. We encourage students to participate in all clubs and activities. Here is a listing of the registered clubs at Dunmore Jr/Sr High School.

| | |
|---|---|
| 1) Crimson Courier Newspaper | 14) Athletics |
| 2) Earth Club | 15) Band |
| 3) French Club | 16) S.A.P. (Student Assistance) |
| 4) Health Careers Club | 17) Show Choir/Chorus |
| 5) Music Guild | 18) Computer Club |
| 6) National Honor Society | 19) Service Club |
| 7) S.A.D.D. | 20) Art Club |
| 8) Spanish Club | 21) Engineering Club |
| 9) Mock Trial Team | 22) Book Club |
| 10) Yearbook (Laurels) | 23) Scrap Booking Club |
| 11) Drama | 24) Diversity Club |
| 12) Scholastic Bowl Team | 25) Gaming Club |
| 13) Student Faculty Advisory Committee | 26) True Colors Club |

## GIFTED PROGRAM

The Dunmore School District's gifted program requires that appropriate instructional programs be conducted to meet the needs of academically gifted students of school age. The district's program shall encompass expansion of academic attainments and intellectual skills; stimulation of intellectual curiosity, independence and responsibility; and career exploration and awareness. These students will have the opportunity to develop their own academic capabilities; and have their needs addressed on an individual basis within the regular education classroom.

## JR/SR HIGH SCHOOL STUDENT UNIFORM POLICY

### PURPOSE

The intent of the uniform policy is to ensure that our students dress appropriately, are not disruptive to the educational process, and do not compromise the safety and security of our school. The purpose of this policy is not to inhibit any individual's decisions or freedom of expression, but rather to better facilitate the process of education through reasonable guidelines in dress. This approved clothing is mandatory and may be worn in any combination of tops and bottoms.

### GENERAL INFORMATION

1. All students must attend school each day in appropriate attire.
2. Approved clothing may be purchased at the store or vendor of the parent's choice providing it

conforms to the policy.

3. All clothing must be appropriately sized for the student; that is, they may be no more than one regular size larger or smaller than the student actually measures.
4. The Dunmore School Board and Superintendent may amend this policy at any time.
5. Any clothing that is judged unsafe, unhealthy, or unsanitary is not permitted.
6. Shorts, no more than 3 inches above the knee, skirts/skorts no more than 3 inches above the knee.
7. Shirts must be long enough to be tucked in.
8. Shoes must be worn at all times, with laces tied.  Any shoe that poses a safety hazard is not permitted. Open toe shoes or sandals are acceptable.
9. Flip-flops or shower shoes are not permitted.

## ARTICLES OF NON-COMPLIANCE

- Any clothing or article deemed lewd, vulgar, indecent, plainly offensive, sexually suggestive, condoning violence, drug, alcohol, tobacco, suicide, vulgar language, or if it is determined to have a well founded expectation to create disruption
- All students' pants must be secured at the waist. There should be no display of undergarments.
- No beach tongs, or "flip-flops", shower shoes, or slippers.
- No body piercing or facial retainers are permitted (earrings are acceptable).
- Shorts that are more than three inches above the knees
- No denim, denim-like material or jeans
- No sheer or see-through clothing
- No mini or micro skirts
- No bare midriff
- No hats, caps, headbands, or bandanas
- No chains, dog collars, spiked bracelets or necklaces, or ornamental jewelry
- No off the shoulder garments
- No tank tops, tube tops, halter tops, or sleeveless shirts
- No un-natural hair coloring or style

**NOTE:** Students that are in non-compliance with the dress code policy will be disciplined by Administration. School Administration reserves the right to make decisions regarding student attire and grooming not covered in the above dress guidelines.

## DISCIPLINE GUIDELINES

Non-compliance will be considered a violation of school policy.  The consequences will be exclusion from school until the student is in compliance with the dress code policy. Absences due to this exclusionary process will be considered illegal or unexcused.  After three days of illegal absences, both parents and the student are subject to prosecution in the court system for violation of the school attendance laws.  The "S.T.A.R.S." truancy program, developed through the Lackawanna County Court system, will be contacted regarding truancy.  The initial step in this process involves parent and child before the district magistrate.  In addition, all other disciplinary sanctions imposed by district policy will apply. Students will be sent home with permission of parent to comply with uniform policy. All sweaters and sweatshirts that do not comply with the uniform policy will be taken from the student and place in the main office. The student may pick the item up at the end of the day. Students that are in non-compliance may be assigned detention, and or suspension if the non-compliance becomes excessive.

13

## DRUG AND ALCOHOL POLICY

For the safety and welfare of all members of the Dunmore School District, students caught possessing, selling, using, under the influence or transporting drugs or alcohol on school property, while participating or attending any event or service sponsored by the District, will be subject to an automatic expulsion and may be referred for prosecution. Parents may request a formal hearing with the Board of Education.

## FIELD TRIPS

Educational field trips are an essential part of the Dunmore Jr/Sr High School educational program. Students are encouraged to participate in field trips. A field trip is an extension of the classroom situation and all standard rules and regulations are applicable. Students must have signed parent permission slips before taking part in any Dunmore Jr/Sr High School field trip. Remember you represent Dunmore Jr/Sr High School while on field trips, and you should always behave in a proper manner. Only those students who have received the approval of the faculty and administration will be allowed on the trip. Students who exhibit behavior problems throughout the school year may be disqualified from school sponsored field trips. Students who have been suspended and/or have excessive absenteeism will not be allowed to attend field trips. Any student who is not on a field trip and visits the area of the field trip without permission will be disciplined. All field trips must be approved by the Administration, and all out of state field trips must be approved by the Board of Education.

## FIRE DRILLS

For the health and safety of all, fire drills, lockdown drills, and severe weather drills will be conducted periodically during the school year. Speed and safety are the key elements of a successful evacuation. Students must assume a serious attitude about fire drills. Horseplay will not be tolerated. The exit to be used by students is posted in each room. Please follow all directions carefully.

## GUIDANCE SERVICES

Guidance services are available for every student. It is the aim of the Guidance Department to help every student achieve his/her ultimate educational goals. Each student will be assigned a guidance counselor. Students would contact their guidance counselor should they have any problems. Guidance services include Aptitude, Interest and Achievement Testing, Group and Individual Counseling, Mental Health Counseling, Crisis Counseling, Career Counseling, Application Processing, Financial Aid Counseling and Class Scheduling.

**If you need more information or have a particular question, please contact your guidance counselor. He/She is always there for you.**

## HALL REGULATIONS

At no time are students permitted to be in the halls without a hall pass while classes are in session. All students must register with the hall monitor when leaving classes. No more than two students from a class should be in the hall during class periods. Students should make every effort not to leave classes unless it is an emergency situation. The normal traffic pattern is to keep to the right. No pushing, running or horseplay is permitted in the halls. Students are not permitted to use the halls as a meeting area. Students in the hall without a pass may be assigned detention. Students must help to keep the halls and stairwells clean by picking up and disposing of any debris.

All hall passes must contain the following information:

A) Student's name
B) Teacher's signature
C) Time, date and destination
D) Students are not permitted to leave the class without their hall pass being signed by teacher.

## ILLNESS DURING THE SCHOOL DAY

If a student becomes ill during the school day, he/she should ask his/her teacher for permission to report to the nurse/main office. The nurse/main office will decide if the student should be sent home. A student will not be sent home unless a parent, guardian or relative is contacted and permission is granted by the above-mentioned family member. Transportation for students is the responsibility of the parents. Students may be allowed to walk home if parental permission is secured. Only the nurse or administration may give a student permission to leave the building.

## LOCKER REGULATIONS

Student lockers are the property of the school district. Students are given the opportunity to use the lockers. Each student will be assigned a locker at the beginning of each school year. Students are not allowed to change their lockers unless they are given permission from the main office. All lockers should remain locked at all times, any student disabling a lock will face either detention or suspension. School officials will do everything possible to safeguard personal property but cannot assume responsibility for valuables left in lockers. Students should give all valuables either to their homeroom/1st period teachers or the main office for security. All money should be taken to the main office to be placed in the school safe. Students should keep lockers clean, neat, and locked at all times. Any problems with lockers should be reported to the main office immediately.

It is recommended that students lock gym lockers when in use. All lockers are and shall remain the property of the school district. As such, the student shall have no expectation of privacy in their lockers. Lockers can be subject to random searches at any time.

15

### STUDENT ASSISTANCE PROGRAM (S.A.P.)

American students face many social challenges affecting their education. To help students meet these challenges a S.A.P. Team has been established at Dunmore Jr/Sr High School for students at "risk". The S.A.P. program is an intervention program staffed by teachers, guidance counselors, nurses, administrators, and community agencies. Referral to the S.A.P. team comes from a variety of sources. The S.A.P. Team meets on a regular basis and coordinates information to determine a plan of action for each student. All information is treated as confidential and the aim of the program is to help students cope with existing problems and to become better individuals.

### HOMEBOUND INSTRUCTION

Homebound instruction is provided for any student who has a temporary disability which prohibits his/her attendance at school. A pupil may qualify for this type of instruction by providing the school with written verification from a physician. The written statement of the medical reason for the request must also contain a starting date for the service as well as an estimate of the length of time the student will be absent.

### DETENTION

Detention is an assigned period of time after school hours for any infraction of school policy. The administration or any teacher may, if necessary, detain a student for disciplinary reasons. Detention on one day will be for 45 minutes.

During detention periods students will be given an assignment that they must complete before their detention period is over.

Students are to remain quiet during detention. Any violations of conduct in detention may result in added detentions or suspension. Detention supersedes all other school activities, work responsibilities and all other after school responsibilities.

Occasionally a pupil requests to be excused from his detention for that particular day. Sometimes, due to family situations and emergencies, the student's request will be honored.

The student must report to detention the day that the detention is assigned. No excuses will be accepted. Students must report to detention by 2:30 PM. Students are not permitted to leave the building before reporting to detention.

If a student fails to report to assigned detention, the following action will be taken:
A. First infraction, the detention will double. (one day becomes two days)

B. Second infraction, will result in a one day out of school suspension, detentions will be done on return to school.

C. Third infraction, will result in a 3 to 5 day out of school suspension.

D. Excessive failure to report to detention will result in a lengthy suspension.

E. Excessive detentions may require a parental conference and some type of suspension.

16

F.   In addition to suspension all detentions will be done after suspensions are served.

## SMOKING/VAPING/TOBACCO

Smoking includes the use of all tobacco products (cigars, cigarettes, pipes, smokeless tobacco, electric cigarettes and vapor devices).

The Dunmore School District has a zero-tolerance policy in regards to the use of tobacco products. (Act 128)

The use or possession of tobacco products or devices including electronic cigarettes while on school premises or while in the custody and control of the school -- A) field trips, B) sporting events/practices, either as a participant or spectator, C) using district provided transportation/ waiting at bus stops ---is prohibited.

Possession or Use of Tobacco Products/Vaping devices:

1st offense – 2 days out of school suspension, parent notification, confiscation of device and a private criminal complaint filed with the Magistrate. A student who violates this policy shall be subject to the prosecution initiated by the district and, if convicted, shall be required to pay a fine for the benefit of the district, plus court costs. In lieu of the imposition of a fine, the court may admit the student to an adjudication alternative.

2nd offense – 3 day out of school suspension, parent notification, confiscation of device and a private criminal complaint filed with the Magistrate.

Any violation thereafter will be dealt with on an individual basis at the discretion of the Administration.

Smoking/Vaping detectors have been installed in our lavatories. Tampering with devices installed to detect use of tobacco or vaping products shall be deemed a violation of this policy and subject to disciplinary action.
Any items or material found during a search or inspection, the student's possession of which is in violation of law, district polices or otherwise is evidence of such violation, may be confiscated, and may be used as evidence in student discipline proceedings or a criminal investigation, even if such items or material were not the original objective of the search or inspection. Any student who refuses to be searched will automatically be presumed to be in violation of this policy.

## SUSPENSION

When a student is suspended, the parents will be contacted by telephone.  If the offense is serious enough, the parents will be asked to come to the school and pick-up their child.

When a student is suspended the parent must schedule a meeting with the administration before the student returns to school. The student will remain suspended until the parent contacts the administration.

When suspended, the student is not allowed to participate in any extra or co-curricular activities.

It is the student's responsibility to complete all daily work and assignments while on suspension. The student must check their teachers' classroom pages for daily assignments. The student is responsible to

make up exams while on suspension. It is also the responsibility of the student to make necessary arrangements within an appropriate time period.

Students will be subject to suspension for serious offenses, which may include:

1.  Fighting is an automatic 9 day suspension.  Legal charges may be brought against the student by the resource officer.

2. Disruption or interference with curricular or extra curricular activities - A student shall be considered "in attendance" and subject to all school policies when engaged in:

   (a) field trips
   (b) sporting events/practices, either as a participant or spectator.
   (c) using District provided transportation/waiting at bus stops.

3. Possession or use of controlled substances, tobacco or tobacco products and/or alcoholic beverages while on school premises, or while in the custody and control of the school, or in the course of a school related activity.

4. Endangering the safety and well being of a member of the school community

5. Vandalism of school property

6. Abuse of student driving and parking privileges or unauthorized use of parking facilities by students will result in suspension of driving privileges.

7. Insubordination and/or disrespect to school personnel

8. Violations of rules and regulations for the school bus
9. Repeated violations of established school policy

## TARDINESS

Students who are late must sign the "Attendance Book" in the Main Office.  (Noting time of arrival, name, and reason for being tardy).  Then they must get an "Admit Slip" signed by the administration which the pupil takes to his/her teacher.

Tardiness is defined as the period of time after 7:40 A.M.  After 7:40 A.M. students coming to school will be considered late and will receive one detention period assigned to them for each period or portion of a period they miss.  After 8 A.M. arrivals will count as one tardy and be immediately assigned detention.

Examples:        Student arrives at 7:45 A.M.--Assigned one tardy against his
                 three for the quarter.

The only exceptions for tardiness or lateness will be:

        A.   Medical or dental excuse when they can not be handled after or before school

18

hours. No excuses will be accepted without the proper medical or dental forms.

If a student is tardy more than three times in one quarter, he/she will be assigned detention. Chronic tardiness will lead to a parental conference and or further disciplinary action.

## LAVATORIES

Students using lavatories must have a hall pass.  The lavatories should not be used as a gathering place for students.  No food, beverages, or tobacco products are permitted in the lavatories.  Please keep lavatories clean by using proper waste receptacles. Vandalism and Graffiti will result in immediate suspension. First floor lavatories are for Middle School students, and the Second floor lavatories are for the High School students.

## RESTRICTED AREAS

For the health and safety of students the following areas are considered restricted for students during the school day.  Students found in these areas are subject to disciplinary action.

**A. STUDENT PARKING LOT:** Students are not to use this area as a gathering place prior to school nor at the end of the day.  Students are not allowed to be in parked cars in the lot at any time during the school day.  All student cars must be registered in the Main Office.  Driving to school is a privilege that can be rescinded.

**B. FACULTY PARKING LOT:** Students are not allowed to park in the faculty lot. Violations will result in disciplinary action.

**C. AUDITORIUM AREA:** Students are not allowed to congregate in front of or on the side of the auditorium area.

**D. PRESS BOX AND BLEACHERS:** Restricted Area

**E. CEMETERY AREAS SURROUNDING THE SCHOOL:** Restricted Area

**F. BELL TOWER AREA:** Restricted Area

## WEAPONS

The term shall include but not be limited to any knife, cutting instrument, cutting tool, nunchaku, firearm, shotgun, rifle, laser beam lights, look-alike guns and / or any other tool or instrument or implement capable of inflicting serious bodily injury.

Any student in possession of a weapon will have a hearing before the school board.  Act 26 of the Commonwealth of Pennsylvania calls for a one-year suspension.  The Superintendent may recommend modifications of such expulsion requirements on a case-by-case basis.

## TEXTBOOKS AND INSTRUCTIONAL EQUIPMENT

Students incur full responsibility for the security and care of all textbooks, chromebooks and instructional equipment issued to them.  The student must pay for lost or damaged articles.

## GUIDELINES FOR INTERSCHOLASTIC SPORTS
## AND EXTRA-CURRICULAR ACTIVITIES

No student will participate in any form of an athletic program without a physical card properly signed by a doctor, parent, and principal. (Exceptions: Statisticians, Manager, etc.).

**HIGHLIGHTS:   P I A A   ELIGIBILITY**

**(A) AGE**

You may not have reached your 19th birthday by June 30 immediately preceding the school year.

**(B) ATTENDANCE**

If you are absent from school during a semester for a total of 20 or more school days, you will lose your eligibility until you have been in attendance for a total of 60 school days following your 20th day of absence.

**(C) PHYSICAL EXAMINATIONS**

Comprehensive Physicals are good for the school year but if a student goes out for another sport then the parents must fill out section 5 – Recertification.

**(D) PERIOD OF ATTENDANCE**

You will lose your eligibility when you have been in attendance more than 8 semester beyond the 8th grade.  You may participate in an athletic contest or a member of another team in the same sport during the same season.

**(E) OUTSIDE PARTICIPATION**

You will lose your eligibility in a sport for the remainder of a season if, while a member of your high school team, you participate in an athletic contest or a member of another team in the same sport during the same season.

**(F) ACADEMICS**

According to Dunmore School District Policy, student athletes and any student involved in extra-curricular activities that are failing two or more subjects will be ineligible to participate in sports or extra-curricular activities. Eligibility for the first grading period is based on your final grades from the preceding school year. If you fail to meet these requirements, you will lose your eligibility for the first 20 school days of the next grading period. Both the 20 day deficiencies and quarter grades will be used to determine eligibility.  Those athletes/extracurricular students who are still failing two subjects at the end of a quarter, will be ineligible to participate in competition for 15 school days.

The P I AA has issued new academic eligibility guidelines for

20

the 1993-94 school year.  Article IX, Section One of By-Laws: The academic eligibility of student athletes is determined on a weekly basis.

Teachers will be given complete listing of all student-athletes/extra-curricular students for each season.  They are to report to the high school Principal students they have in class who are failing for the period Monday-Friday for that week in their subject. Students who are academically ineligible will remain so until meeting minimal standards.  (One week minimum in-eligibility).

## JR HIGH ATHLETIC PROGRAMS

The Jr High School Athletic Program is offered after the school day. All activities are equal for boys and girls, which is in full compliance with the federal government's Title IX regulations. The activities we offer are as follows:

| **BOYS** | **GIRLS** | **CO-ED** |
|---|---|---|
| Cross Country (7&8) | Cross Country (7&8) | Skiing (7&8) |
| Football | Basketball | Soccer |
| Basketball | Softball | |
| Track | Track | |
| Baseball | | |

## DUNMORE JR/SR HIGH SCHOOL RULES & REGULATIONS

Dunmore Jr/Sr High School students who participate in interscholastic sports and who fail two or more major subjects in a quarterly marking period cannot practice or compete in interscholastic contests. These students will be on academic probation for twenty (20) school days.  Failing students' grades will then be reviewed by the student's guidance counselor, and a determination will be made whether the student may resume participation in games or matches.

Students may participate in only one (1) athletic related activity for each sport season.

All participants in extra-curricular activities (including interscholastic sports) must be in attendance the day of the contest and the day following the contest.

(a) If a participant does not attend school the day after a contest he/she will not be allowed to participate in the next contest. (Exceptions: Excuses - Death in Family, Doctor's Excuse, etc.)

(b) Tardy students must be in school by Fourth Period; otherwise, they will not be eligible for athletic competition that day or for practice.

At no time will students be permitted to use Dunmore Jr/Sr High School facilities without proper supervision.

Only authorized personnel (coaches, officials, teachers) will be permitted on playing fields, track or court during games or meets.

Students are not allowed to wear athletic equipment issued by Dunmore Jr/Sr High School to school or other non-athletic events. (Exception: when under coaches' direction).

At no time should coaches or assistant coaches give keys to students for building or storage areas. All coaches must submit, in writing, to the Athletic Director and Administration all major disciplinary action he/she may have taken to members of their team. This notification must be within 24 hours of the action. Also, all athletic related injuries must be reported within 24 hours of their occurrence.

Students should not be allowed in gym offices without supervision for any reason. These are the offices of staff members and should be treated with respect for the individual staff member.

Suspension from school includes suspension from all activities, including practice sessions.

Students/athletes will use district provided transportation to and from athletic events. Administrative permission must be obtained to use other forms of transportation. Students driving or riding in private vehicles to games or practices MUST have signed parental permission.

The use of tobacco/tobacco products by athletes in school, on campus, during practice or games is contrary to the rules and regulations of Dunmore Jr/Sr High School and can result in detention/suspension.

## CAREER TECH RULES AND REGULATIONS

### A.M. STUDENTS

All students are required to use District provided transportation to and from Career Tech School unless a driving permit has been secured from school administration.

All students must register before boarding the Career Tech Bus prior to 7:40. Students who fail to do so will be subject to disciplinary action.

Upon returning to Dunmore Jr/Sr High School all students are required to "sign in" in the main office.

Students should conduct themselves on the bus in a manner that insures safety for all. Beverages, food, and tobacco products are prohibited on the bus.

### P.M. STUDENTS

All students are required to use District provided transportation to and from the Career Tech School unless excused by administrators from both the Career Tech School and Dunmore Jr/Sr High School.

Students should conduct themselves on the bus in a manner that insures safety for all.  Beverages, food, and tobacco products are prohibited on the bus.

## REPORT CARDS/MARKING SYSTEM/HONOR ROLL

Report cards are issued quarterly (approximately every 45 school days). A numerical grade is given for all major subjects.  Letter grades are given in all other subjects. Only numerical grades are averaged into a quarter or final grade. Therefore, students with letter grades for major subjects are not subject for honor roll calculations.  A failing grade in any subject disqualifies a student from the honor roll.  Grades below 70 and "U" are considered failing.

High Honors - An average of 92% or better (not 91.9%).
Honors - An average of 88% - 91% (not 87.9%).

If there are any problems with report cards, parents should contact the guidance department as soon as possible.

## WEIGHTING OF GRADES

Dunmore Jr/Sr High School has adopted a "weighting of grades" policy. This system may affect your son/daughter's class rank. Because of this it is important that you have a basic knowledge of its operation. In its simplest form, weighting of grades is a system that places a numerical weight on courses of varying degrees of difficulty. Courses that are considered academically more difficult are given a higher weight than those considered less rigorous.

**LEVEL I**

All Advanced Placement Courses

**LEVEL II**

All Honor I Courses
(English, History,
Math, Science)

Spanish III, IV
French III, IV
Art III, IV
Physics (H)
Advanced Biology
Advanced Chemistry

**LEVEL III**

CADD I,II
STEM

**LEVEL IV**

 All Regular Courses
 (English, History,
 SAT Prep
 Math, Science)
 Speech/Composition
 Psychology/Sociology
 Computer Coding
* Creative Crafts/Foods
* Art I, II
 French I, II
 Spanish I, II
* Life Skills
 Web Design
 Gen. Business
 Problems of a Democratic Society, PODS II
 Nutrition
* Chorus
* Band
 Accounting I
 Current Events
 Algebra III/Trig
 *Theatre Arts
 Trig/Calculus
 Information Technology
 Keystone Algebra
* All Courses taken for
 credit at Career
 Technology Center

**LEVEL V**

*All Standard Courses
 (English, History, Math
 Science)
*Communications
*Technology Education
*Music and Pop Culture

**\* Non Academic Courses**

24

## SR HIGH SCHOOL WEIGHTED GRADES

Level I  has an index of 4.2

Level II has an index of 4.0

Level III has an index of 3.8

Level IV has an index of 3.5

Level V has an index of 3.0

EXAMPLE:

| Course | Grade | Index | Credit / 100 | QPI |
|---|---|---|---|---|
| Level I English | 90 | X4.0 | XI / 100 | =3.6 |
| Level II Science | 90 | X3.8 | XI / 100 | =3.42 |
| Level III Psy/Soc | 90 | X3.5 | XI / 100 | =3.15 |

Total     3     10.17

QPI= 3.39

## JR HIGH SCHOOL WEIGHTED GRADES

Dunmore Jr High School has a weighting grades policy. In its simplest form, weighting of grades is a system that places numerical weight on courses of varying degrees of difficulty.

Level I:   index of 4.0 (all Honors courses)
Level II:   index of 3.5 (all other courses)

25

# EXPLANATION OF SENIOR GRADUATION PROJECT

## Minimum Graduation Requirements in the State of Pennsylvania

| | | | | |
|---|---|---|---|---|
| English | 4 | Electives | 5 |
| Social Studies | 4 | Computer Literacy | .5 |
| Mathematics | 3 | Art | .25 |
| Science | 3 | Music | .25 |
| Arts & Humanities | 2 | | |

*Cumulative Graduation Project

*The Dunmore School District requires all students to **complete, and pass** a cumulative project as part of their graduation requirements. The Dunmore School District refers to this as the Senior Graduation Project. It is completed during the senior year of high school and passing this project is necessary in order to graduate. The Senior Graduation Project is overseen by the Principal, the English Chairperson and the senior English teacher and is worth a total of 200 points. **Students must earn a total of 140 points out of the possible 200** in order to successfully pass this project and graduate with their class. Student who do not earn the 140 points will not graduate and will not be allowed to participate in the graduation ceremony with their class. If for any reason, the project is not passed and a student does not graduate, a student can "make-up" this project in order to earn his/her diploma in **one** of the following ways:

1. Redo the Senior Project in the summer following graduation. The student will be assigned a supervisor at the discretion of the English Department Head and/or Administration.
2. Complete a correspondence course for English 12 through Keystone National High School in the summer following graduation.

The Senior Graduation Project is outlined specifically for parents and students in the Senior Project Handbook. Deadlines are extremely important and should not be missed except for emergencies. If a student is ill the day a component of the project is due, every effort should be made to send the component in with a parent or another student. Students are given ample time to complete each part of the Senior Project.

If you have any questions regarding the project, please contact Mr. Hopkins ( Principal), Mrs. Mataloni (English Dept. Head) or Mrs. Balderson (Guidance Counselor).

## DIPLOMA REQUIREMENTS

| STANDARD | | VOCATIONAL | | LIBERAL ARTS | |
|---|---|---|---|---|---|
| English | 4 | English | 4 | English | 4 |
| Social Studies | 4 | Social Studies | 4 | Social Studies | 4 |
| Mathematics | 3 | Mathematics | 3 | Mathematics | 3 |
| Science | 3 | Science | 3 | Science | 3 |
| Arts & Humanities | 2 | Arts & Humanities | 2 | Arts & Humanities | 2 |
| Phys Ed/H.E./D.E. | 1 | Phys Ed/H.E./D.E. | 1 | Phys Ed/H.E./D.E. | 1 |
| Computer Literacy | .5 | Computer Literacy | .5 | Computer Literacy | .5 |
| Art | .25 | Art | .25 | Art | .25 |
| Music | .25 | Music | .25 | Music | .25 |
| Electives | 4 | Electives | 5 | Electives | 5 |
| TOTAL | 22 | TOTAL | 23 | TOTAL | 23 |

### ACADEMIC

| | |
|---|---|
| English | 4 |
| Social Studies | 4 |
| Mathematics | 4 |
| Science | 4 |
| Foreign Language | 2 |
| Phys Ed/H.E./D.E. | 1 |
| Computer Literacy | .5 |
| Art | .25 |
| Music | .25 |
| Electives | 6 |
| Total | 24 |

### ACADEMIC CONCENTRATION
Must completed a minimum of 10 credits of Academic Math, Academic Science (**must include Chemistry**) and Foreign Language.

*6 electives must be academic and/or business subjects.

### VOCATIONAL TECHNICAL CONCENTRATION
4 of 5 electives are to be from Career Technical Program as approved by the counselor.

### PRACTICAL ARTS CONCENTRATION
2 of 6 electives are to be in a related vocational area as approved by counselor.

**Every student must be scheduled for 7 1/4 credits each year!**

27

# PROMOTION POLICY

**NINTH TO TENTH GRADE**

A student must earn a minimum of 5 1/4 credits to be promoted from 9th to 10th grade.
*3 of 5 must be core courses (Math, Science, English, Social Studies)

**TENTH TO ELEVENTH GRADE**

A student must earn 9 1/2 credits to pass to the junior level.

**ELEVENTH TO TWELFTH GRADE**

A student must earn 15 3/4 credits to be considered a senior.

**SUMMER SCHOOL:**   Any student who fails a course must attend a credit recovery program approved by the Administration for Summer School. Parents that have questions in regard to Summer School should contact the Guidance Department.

## CRITERIA FOR MEMBERSHIP IN THE NATIONAL HONOR SOCIETY

**ELIGIBILITY:**          Any student after the first two quarters of the sophomore year, including all four quarters of the freshman year, who attains the academic requirements and displays qualities of leadership, service and character. Students with excessive absenteeism and or tardiness, will not be eligible

for induction.

**SELECTION CRITERIA**

1. Students should demonstrate kindness and the willingness to help others in need as observed by their classroom teachers.

2. Students should come prepared for class. That is, they should be on time, prepared with their book and/or notebook, and writing utensil.

3. Students should complete homework and classroom assignments as given by the teacher.

4. Students should not disrupt or distract from their classmates' learning.

5. The faculty will determine eligibility based on academic performance (cumulative average of 92%), leadership, service, citizenship and character.

6. Infractions that will prevent students' acceptance include but are not limited to: disrespectful behavior, cheating, plagiarism, suspension, excessive detentions, excessive tardiness, excessive absenteeism.

7. Acceptance into the Honor Society will be determined by a 75% approval rate

28

by the faculty (ie. 6 out of 7 faculty vote positively or alternatively if 2 of 7 faculty vote negatively, the student will not be accepted).

8. Candidates must participate in at least one service activity per year. **(Mandatory)**

9. Verbal and/or written warnings will be issued to candidates who are not meeting the standards of the Honor Society either academically or based on their character, leadership and service. Students will be evaluated on a quarterly basis and yearly basis to determine continued eligibility for scholarship, character, leadership, and service. Students who are not meeting any of the above requirements may become "inactive" members and in some cases may result in removal from the Honor Society. Any flagrant violations of school rules may result in dismissal. Inactive members may not participate in any National Honor Society ceremonies and cannot wear a gold tassel at graduation.

### JUNIOR HIGH HONOR SOCIETY

**ELIGIBILTY:**     Any student after the first semester (1st and 2nd quarter grades) of seventh grade who attains the academic requirements and displays qualities of leadership, citizenship, service and character.

Any student after the first semester (1st and 2nd quarter grades) of eighth grade and to include the two semesters of seventh grade who attains the academic requirements and displays qualities of leadership, citizenship, service and character.

**ACADEMIC QUALIFICATION:**     Cumulative average of 92%. A student must maintain a cumulative average of 92% to retain his/her active status ranking in the society.

**ADMISSION PROCESS:**     A Faculty Council of six members (5 voting members plus one advisor) will review all cases of admission, inactive status, suspension and dismissal.

**SUSPENSION:**     Written warnings will be issued to members of the society who are not meeting minimum standards and requirements.

### TELEPHONE PAGERS-CELL PHONES- EARBUDS-SMARTWATCHES

The possession by students of telephone paging devices (beepers), cell phones, iPods, earbuds, smartwatches, and similar devices is strictly prohibited at all school activities. The usage of cell phones in any manner including: ringing, vibrating, text messaging, reading of text messaging and

picture taking is strictly prohibited. Upon entering the school, students will turn off their cell phones and place them and all other devices into their lockers. If students do not place their devices in their lockers, there will be a device holder in each classroom. At the beginning of each class, students are to place their cell phones and other devices in the holder. If a student is found using an electronic device during the school day in a classroom, hallway, lavatory, cafeteria, gym, or any other area of the school building, the device will be confiscated and placed in the main office. The device will not be returned to the student until a detention is served. If a student refuses to hand over a device, there will be an automatic suspension in addition to a detention. Students who continue to violate this policy will be suspended. Please note that the taking of pictures, recordings, or videos in the school is an automatic suspension.

## PERSONAL PRIVACY POLICY REGARDING ELECTRONIC DEVICES

1. The Dunmore Board of Education values civility, respect for the individual and the privacy of students, visitors and staff.  These values include safeguarding against inappropriate invasions of personal privacy rights.  In addition to the privacy protections provided by applicable laws and regulations, other policies of the Board of Education, and reasonable regulations promulgated by administrators, the following policy shall apply to photographs, video recordings and audio recordings on Dunmore School District premises.

2. Except as specifically set forth in this policy, no person present on Dunmore School District premises shall make, publish or distribute any photograph, video recording or audio recording (collectively, "Recordings") capturing the image or voice of any other person on Dunmore School District premises (a "Recording Subject") without the express prior permission of the Recording Subject.  Violations of this policy shall be subject to the following potential consequences:

   (a) In the case of violations by staff, disciplinary action as permitted by law and subject to the terms of any applicable collective bargaining agreement;

   (b) In the case of violations by students, (i) confiscation of recording equipment until any unauthorized Recording has been erased, and (ii) disciplinary action pursuant to the Dunmore School District's Code Policy Manual and Handbook;

   (c) In the case of visitors, ejection from Dunmore School District premises and other appropriate action.

3. The following Recordings may be made without the prior consent of a Recording Subject, subject to any further privacy protections provided by applicable laws and regulations, and provided, further, that no otherwise-permitted Recording shall be distributed or disseminated for the purpose of annoying, intimidating or harassing any Recording Subject:

   (a) Recordings made by or on behalf of the Dunmore School District for inclusion in Dunmore School District publications and newsletters, or for dissemination to the news media for the purpose of publicizing Dunmore School District programs or events.

   (b) Recordings made by representatives of news media, parents and other persons lawfully on Dunmore School District premises to attend Dunmore School District events open to visitors, including dramatic productions, athletic events, meetings of the Board of Education and other meetings open to the public on School District premises; provided, however, that Recordings may be limited in the case of performances of copyrighted material.

   (c) Recordings made in connection with certification and other credentialling processes applicable to teachers and teaching assistants.

   (d) Recordings made with the approval of the Superintendent of Schools for the purpose of assessing or improving the quality of instruction.

   (e) Recordings made by faculty members for educational purposes, or for dissemination only in the faculty member's classroom or school.

   (f) Recordings made for use in connection with class photographs, student publications and yearbooks.

   (g) Recordings made and maintained by the School District for security purposes.

(h) Such other Recordings as are approved in advance by the Superintendent of Schools, the Assistant Superintendent of Schools or a Building Principal, which approval may include appropriate restrictions.

4. The policy shall be read and interpreted in conjunction with our other policies involving electronic devices.   Violation of this policy by students will be enforced at the discretion of the Superintendent consistent with our Student Handbook and Policy Manual.

## TERROISTIC THREATS/ACTS

The Board of Education recognizes the danger that terroristic threats and violent acts carried out by students present to the safety and welfare of the Dunmore School Community. The Board of Education acknowledges the need for immediate and effective response to a situation involving such a threat or act.

**Terroristic threat -** shall mean a threat to commit violence communicated with the intent to terrorize another, to cause evacuation of a building, or to cause serious public inconvenience, in reckless disregard of the risk of causing such terror or inconvenience.

**Terroristic act -** shall mean an offense against property or involving danger to another person.

The Board prohibits any district student from communicating terroristic threats or committing terroristic acts directed at any student, employee, Board member, community member or school building.

The Board directs the Superintendent to react promptly and appropriately to information and knowledge concerning a possible or actual terroristic threat or act.

The Superintendent shall be responsible for developing administrative regulations to implement this policy.

Staff members and students shall be responsible for informing the building principal regarding any information or knowledge relevant to a possible or actual terroristic threat or act.

The building principal shall immediately inform the Superintendent after receiving a report of such a threat or act.

When an administrator has evidence that a student has made a terroristic threat or committed a terroristic act, the following guidelines shall be applied:

1.   The building principal may immediately suspend the student.

2.   The building principal shall promptly report the incident to the Superintendent.

3.   Based on further investigation, the Superintendent shall report the student to law enforcement officials.

4.   The Superintendent may recommend expulsion of the student to the Board.

31

If a student is expelled for making terroristic threats or committing terroristic acts, the Board may require, prior to readmission, that the student provide competent and credible evidence that the student does not pose a risk of harm to others.

In the case of exceptional students, the district will take all steps necessary to comply with the Individuals with Disabilities Education Act and follow Board policy.

## UNLAWFUL HARASSMENT

The Board strives to provide a safe, positive learning climate for students in the schools. Therefore it shall be the policy of the district to maintain an educational environment in which harassment in any form is not tolerated.

The Board prohibits all forms of unlawful harassment of students by all district students and staff members, contracted individuals and vendors, and volunteers in the school.

The Board encourages students who have been harassed to report promptly such incidents to the designated employees.

The term **harassment** includes but is not limited to slurs, jokes, or other verbal graphic or physical conduct relating to an individual's race, color, religion, ancestry, sex, national origin, age or handicap/disability.

**Ethnic harassment** includes the use of any derogatory word, phrase or action characterizing a given racial or ethnic group that creates an offensive educational environment.

**Sexual harassment** shall consist of unwelcome sexual advances, requests for sexual favors, and other inappropriate verbal or physical conduct of a sexual nature when:

1. Submission to such conduct is made explicitly or implicitly a term or condition of a student's academic status.
2. Submission to or rejection of such conduct is used as the basis for academic or work decisions affecting the individual
3. Such conduct deprives a student of educational aid, benefits, services or treatment.
4. Such conduct has the purpose or effect of substantially interfering with the student's school performance or creating an intimidating, hostile or offensive educational environment.

Examples of sexual harassment include but are not limited to sexual flirtations, advances, touching propositions; verbal abuse of a sexual nature; graphic or suggestive comments about an individual's dress or body; sexual degrading words to describe an individual; jokes, pin-ups, calendars, objects, graffiti, vulgar statements, abusive language, innuendoes, references to sexual activities, overt sexual conduct, or any conduct that has the effect of unreasonably interfering with a student's ability to work or learn or which creates an intimidating, hostile or offensive learning, or working environment. Each student shall be responsible to respect the rights of their fellow students and to ensure an atmosphere free from all forms of unlawful harassment.

Students may report harassment complaints to:

1. Building Principals
2. Teachers
3. Counselors
4. Nurses
5. Administrators

When a. student believes that he/she is being harassed, the student should immediately inform the harasser that his/her behavior is unwelcome, offensive or inappropriate. If the unwelcome, offensive or inappropriate behavior continues, the student shall follow the established complaint procedure.

**COMPLAINT PROCEDURE**
A student shall report a complaint of harassment, orally or in writing, to the building principal or a designated employee, who shall inform the student of his/her rights and of the complaint procedure.

**DISCIPLINE**
   A substantiated charge against a district student shall subject such student to disciplinary action, consistent with the student discipline code and may include educational activities and/or counseling services related to unlawful harassment.
   If it is concluded that a student has made false accusations, such student shall be subject to disciplinary action, consistent with the student discipline code.

**USE OF BICYCLES, SKATEBOARDS, ROLLERBLADES AND MOTOR VEHICLES**
The Board regards the use of bicycles and motor vehicles for travel to and from school by students as an assumption of responsibility by parents and students.
The Board will permit the use of bicycles by students in accordance with the rules of the district.
The Board will permit the use of motor vehicles by students in grades I I and 12 in accordance with the rules of the district provided that such students are licensed drivers, have parental permission when they are minors, and have been granted permission by the building principal to drive a motor vehicle on school grounds.
The Board will not be responsible for bicycles or motor vehicles which are lost, stolen or damaged.
The Superintendent shall develop rules and regulations for the operation and parking of bicycles and motor vehicles and shall disseminate those rules to all students so affected.

**SKATEBOARDING / ROLLERBLADING**
For the safety and welfare of all individuals, the Dunmore School District has a no skateboard/rollerblading policy on school property. This policy shall include weekends. If the unwelcome, offensive or inappropriate behavior continues, the student shall follow the established complaint procedure.

## SEARCHES

In certain situations, the District or an individual school principal may decide that circumstances warrant a generalized search of a school or an individual search of specific student(s).

The United States Supreme Court and the Supreme Court of Pennsylvania have held that properly conducted searches in schools do not violate the United States or Pennsylvania Constitutions.

In accordance with the Memorandum of Understanding previously signed by the School District and **local** law enforcement agencies, the District may request the assistance of law enforcement officials at any time in the implementation of District policy. The District will notify law enforcement officials of any violation of this policy.

The Courts have held that students have a limited privacy interest while at school; that schools have a compelling interest in maintaining a safe and secure environment; and that a reasonably-conducted search does not violate a student's limited privacy interest. Courts have held that a school search is reasonable if-

1. It is justified at its inception.
2. If the search is reasonably related in scope to the circumstances, which justified the search.

The Supreme Court of Pennsylvania has held that a canine drug sniff constitutes a search and is limited by the Pennsylvania Constitution. The Court held that the use of a drug-sniffing canine requires "reasonable suspicion", the same justification required for any other search of a student by school administrative personnel. Finally, both Courts have held that school lockers are school property and are subject to search at any time by the District.

**All** lockers are and shall remain the property of the school district. As such, students shall have no expectation of privacy in their lockers.

Students are encouraged to keep their assigned lockers closed and locked against incursion by other students; but no student may use a locker as a depository for a substance or object which is prohibited by law or district regulations, or which constitutes a threat to health, safety or welfare of the occupants of the school building or the building itself.

The Board reserves the right to authorize its employees to inspect a student's locker at any time for the purpose of determining whether the locker is being improperly used for the storage of contraband, a substance or object the possession of which is illegal, or any material which poses a hazard to the safety and good order of the schools.

Students shall be notified at least annually, more often if deemed appropriate by administration, concerning the contents of this policy.

The principal may, with or without prior notice, search all student lockers. The principal may request the assistance of local law enforcement.

The Superintendent shall develop procedures to implement this policy which shall require:

1. All requests or suggestions for the search of a student's locker shall be directed to the school building principal who shall seek the consent of the student and notify the student that he/she may call a parent or another representative. The principal may appoint a third party to be present at the inspection.

2. The principal or representative shall be present whenever a student's locker is inspected.

3. The principal shall open a student's locker for inspection on the request of a law enforcement officer only on presentation of a duly authorized search warrant or on the intelligently and voluntarily given consent of the student.

4. The principal shall be responsible for the safe- keeping and proper disposal of any substance, object or material found to be improperly stored in a student's locker.

5. The principal shall be responsible for the prompt recording **in** writing of each locker inspection; such record shall include the reason(s) for the search, persons present, objects found and their disposition

<u>Blanket or General Search</u>

1. **Definition--** Search of the entire school, including student lockers, students, and their personal property which is on school property.

2. **Justification -** Reasonable suspicion that illegal activity or a violation of school rules is taking place or has taken place and that a search will yield evidence of that activity.

3. **Example -** A principal has the following information:
   a. Information from students that illegal drug **activity** is taking **place.**

   b. Observations from teachers of suspicious activity by students, such as passing small packages between themselves in the hallways.

   c . Increased use of the Student Assistance Program.

   d. Calls from concerned parents.

   e. Students in possession of beepers in violation of state law.

   f. Students in possession of large amounts of cash.


Justification for reasonable suspicion does not require all the above and is not limited to the above. Reasonable suspicion may be based on any similar information indicating a violation of the law or of school policy.

Note:

This example is taken from a search conducted at Harborcreek High School, Erie County, Pennsylvania. The Pennsylvania Supreme Court held that search to be legal under both the United States and the Pennsylvania Constitutions. (Commonwealth v. Cass, 1998 WL 3264 (Pal) (January 7, 1998)

1. **Definition -** Search of an individual student, his/her locker, and/or his/her personal property which is on school property or under school district jurisdiction and control.

2. **Justification -** Reasonable suspicion that illegal activity or a violation of school rules is taking place or has taken place and that a search will yield evidence of that activity.

3. **Example -** A student is caught smoking in a rest- room in violation of school rules.

In searching for evidence relative to this violation, the principal or his/her designee may make a reasonable search of that student's possessions. The principal or his/her designee may properly find and seize evidence of further illegal activity, such as drug/alcohol possession or possession of weapons.

Note:

This example is taken from a search which was upheld by the United States Supreme Court. (New Jersey v. T.L.O., 469 U.S. 325 (1985))

4.   Example - As a result of school-wide locker search, drug paraphernalia is found in an individual student's locker. That student's personal property may be searched for further evidence of a violation of the law or school policy.

Whenever the search of a student's locker is prompted by the reasonable suspicion that the contents of a student's locker create an emergency, or inflict harm to students, the principal may conduct a search of the said student's locker.

**Automobile Search**

A student's automobile is the vehicle which that student drove to school or to the school- sponsored event, regardless of whose name appears on the vehicle registration. A student's automobile parked on school property is considered that student's personal property and shall generally be subject to the same search standard as any other personal property; that is, subject to search under reasonable suspicion.

# CONTROLLED SUBSTANCES

Drug and alcohol abuse is a major health and safety problem nationwide and must be prevented **in** every conceivable way in our community. The School District wishes to establish and maintain conditions which will deter students from using school facilities, grounds, and activities as a center for the possession, use, manufacture, distribution, or sale of drugs or alcohol. Although the District will make every effort to develop and implement programs aimed at prevention and guidance, decisive corrective actions will be taken when necessary.

The District publicly acknowledges and accepts its leadership responsibility in addressing and opposing the epidemic of dysfunctional or self-destructive behaviors which block growth and inhibit learning. The District further acknowledges the establishment of prevention programs and services within the School District which will formally establish our commitment to the prevention of teen-age suicide. Through curriculum, classroom activities, community support and resources, Student Assistance Programs, and strong and consistent administrative and faculty effort, the School District will work to educate, prevent, and intervene in the use and abuse of all drugs, alcohol, and mood-altering substances by the entire student population. The primary purpose for any action on the part of the school staff is the protection of the health, safety and welfare of students, staff and school property.

In accordance with the Memorandum of Understanding previously signed by the School District and local law enforcement agencies, the District may request the assistance of law enforcement officials at any time in the implementation of District policy. The District will notify law enforcement officials of any violation of this policy.

**Contraband -** Any controlled substance, drug, inhalant, cosmetic, weapon, or any other object deemed prohibited by the school, which is possessed by any person not entitled to possess that item.

**Distribution -** Actual or attempted transfer from one person to another of a controlled substance or other drug. Distribution includes the delivering, selling, passing, sharing, or giving any drug from one person to another.

**Drug/Mood Altering Substance/Alcohol -** Any alcohol or malt beverage, any drug listed in Controlled Substance Drug Device and Cosmetic Act, as amended, as a controlled substance, chemical, abused substance or medication for which a prescription is required under the law and/or any substance which is intended to alter the mood.

Examples of the above include but are not limited to beer, wine, liquor, cocaine, crack cocaine, heroin, hallucinogens (LSD, mushrooms), marijuana, anabolic steroids, hashish, chemical solvents, inhalants, glue, counterfeit substances, and any capsules or pills not registered with the school nurse, annotated within student's health record and given in accordance with the school district's policy for the administration of medication to students in school.

Counterfeit substances are any substances which, in their overall finished appearance, are substantially similar in size, shape, color, marking, or packaging to a specific controlled substance.

**Drug Paraphernalia -** All equipment, products and materials of any kind which are used intended for use, or designed for use in manufacturing, converting, packaging, repackaging,

37

storing, containing, concealing, injecting, ingesting, inhaling, or other- wise introducing into the human body a controlled substance.

Drug paraphernalia includes any utensil or item which, in the school's judgment, can be associated with the use of drugs, alcohol or mood altering substances. Examples include, but are not limited to, roach clips, pipes, bowls, cigarette rolling papers, etc.

**Furnishing -** Supplying, giving, providing, or allowing possession of an item on school property or on any location under the jurisdiction and control of the school district.

**Jurisdiction and Control of the School District -** School buses, school grounds, and the site of any athletic, social, educational or any other function sponsored in full or in part by the school, whether or not held on school property.

**Manufacture -** Production, preparation, propagation, compounding, conversion, or processing of a controlled substance, other drug or the packaging or repackaging of such substance or article, or the labeling or re-labeling of the commercial container of such substance or article.

Notification -

**Parental Notification -** includes, at a minimum, immediate personal contact by the principal or his/her designee of the parent(s) or guardian. (Contact by U.S. mail is generally insufficient to constitute parental notification, but may be required because of extenuating circumstances.)

**Law Enforcement Notification -** Includes the immediate contact by the principal or his/her designee of the local police departments for the town in which the school is located or in which the off-campus incident occurs. If the police department can not be contacted or can not respond, the principal shall immediately contact the Lackawanna County District Attorney's Office.

**Personal Property -** items which are in the actual or constructive possession of people enrolled in or employed by the school district. Personal property includes, but is not limited to, all backpacks, book bags, gym bags, purses, clothing or any other items which are used for the purpose of storing or transporting personal property.

**Plain View -** The observance of any item which can be seen by a school official while on school property or any property under the jurisdiction and control of the school district. As an example, any item seen in an open locker by a teacher standing in a common area, such as a hallway, is in plain view.

**Possession -** Holding, without any attempt to distribute, any alcohol, drug, or mood altering substances determined to be illegal or as defined by this policy.

**Probable cause -** Specific articulable facts and circumstances that would lead a reasonable person to believe that the item sought is at a particular location and will be found if that area is searched.

**School Official -** A school employee or any person authorized by the School District to act under these provisions.

**Reasonable Suspicion -** A belief, based on articulable circumstances, that a violation of the law or of school rules has occurred, and that a search will turn up evidence of that violation.

**School Property -** Building facilities and grounds, school campus, school parking areas, and any facility being used for a school function or school sponsored trip. All lockers shall remain the property of the school district and may be entered at any time by District officials. .

**Weapon -** Any item used to injure another person or to destroy property. Weapons include, but are not limited to, knives, cutting instruments, nunchaku sticks, mace, firearms (handguns, rifles, shotguns), and BB/pellet guns. Weapons also include counterfeit or replicas, whether or not they are operable.

## Prohibited Conduct

The following acts and/or the causing thereof by a student or employee of the School District while on school property or while under the jurisdiction and control of the school district or its authorities are hereby prohibited:

1. Being under the influence, or having consumed, injected, or ingested any controlled substance, alcohol, non-controlled substance, marijuana, including prescription drugs not registered with the school nurse as required in policy #210.

2. The manufacture, sale or delivery, holding, offering for sale, soliciting to possess, or possession of alcohol, marijuana, any controlled substance, or other drug, including a prescription drug.

3. The use or possession of drug paraphernalia for the purpose of manufacturing, packing, storing, containing, concealing, injecting, ingesting, inhaling or otherwise introducing **into** the human body a controlled substance.

4. The manufacture, sale, or delivery, holding offering for sale, or possession of a non-controlled substance that has a stimulant or depressant effect on humans, other than a prescription drug, which, or the label or container of which, substantially resembles specific controlled substance.

5. The sale or delivery, holding, offering for sale, or possession of non-controlled substance upon the expressed or implied representation that the substance is a controlled substance; or upon the express or implied representation that the recipient, in turn will be able to distribute or sell the substance as a controlled substance.

Suspected or possible violations of the above stated conduct will have consequences as set forth in the following, Consequences of Prohibited Conduct.

## Consequences of Prohibited Conduct

Any student found by the principal or his/her designee to be in violation of the policy set forth herein shall be subject to the following guidelines.

**Situation Guidelines -**

The possible use of drug/mood-altering substance/alcohol by a student is suspected based on corroborated information from reliable sources but there is no direct observation by a school official of violation of law or school regulation.

1. Immediate Action - The student is informed of available help and encouraged to seek assistance.

2. Investigation - Referral to Student Support Team.

3. Parental Notification - Parents will be notified.

4. Law Enforcement Notification - Not Required.

S. Consequences - At the discretion of the Student Support Team.

Based on direct observation by a school official, a student demonstrates symptoms of drug/mood altering substance/alcohol use such as staggering, slurred speech, dazed appearance, incoherence, inability to respond and/or odor of alcohol. If this situation occurs off the school property, see #2 (below).

1. Immediate Action - The person detecting the activity will summon the school nurse and the principal or his/her designee. If necessary, the student will be transported to a medical facility at parental expense.

2. Investigation - The principal or his/her designee will investigate the incident. This may include a search of the student, his/her locker, and other personal property.

3. Parental Notification - Parents will be notified of the incident.

4. Law Enforcement Notification - Required.

5. Consequences - To be determined by school officials and local law enforcement officials.

A student possesses drug-related paraphernalia or counterfeit drugs and/or indicates the intention to sell or distribute counterfeit drugs.

1. Immediate Action - The person detecting the activity will secure the item and summon the principal or his/her designee, who will confiscate the paraphernalia or substance.

2. Investigation - The principal or his/her designee will search the student and his/her locker. The student's car and other personal property may be searched.

3. **Parental Notification -** Required

4. Law Enforcement Notification - Required

5. Consequences - To be determined by school officials and **local** law enforcement **officials.**

At a school sponsored function, a school official observes a student demonstrating obvious symptoms of possible drug/mood altering substance/alcohol use.

1. Immediate Action - The parent will be notified. Student will be detained until parent arrives or parent makes arrangements for student. If necessary, student will be transported to a medical facility at parental expense. The chaperone/ advisor will notify the principal or his/her designee.

2. Investigation - The principal or his/her designee will search the student and his/her locker. The student's car and other personal property may also be searched.

3. Parental Notification - Required

4. Law Enforcement Notification - Required.

5. Consequences - To be determined by school officials and local law enforcement officials.

A student possesses, uses, or is under the influence of drugs/mood altering substance/alcohol.

1. Immediate Action - The person detecting the activity will summon the school nurse and the principal or his/her designee.

2. Investigation - The student, his/her locker and personal property will be searched by the principal or his/her designee in the presence of the police.

3. **Parental Notification -** Required.

4. Law Enforcement Notification - Required.

5. Consequences - To be determined by school officials and local law enforcement officials.

A student is distributing a drug or controlled substance or. is furnishing alcohol on school property or in a location in the jurisdiction and control of the School District.

1. Immediate Action - The person detecting the activity will summon the principal or his/her designee.

2. Investigation - The student, his/her locker and personal property will be searched by the principal or his/her designee in the presence of the police.

3. Parental Notification - Required

4. Law Enforcement Notification - Required

5. Consequences - To be determined by school officials and local law enforcement officials.

Handling of Confiscated Drugs, Drug Paraphernalia ,etc.

All drugs, drug paraphernalia, and/or alcohol found or confiscated on School District property will be turned over to the principal or his/her designee. In the case where an item is found in a location other  than on school property, the item will be turned over directly to the Superintendent or his/her designee.

Confiscated material will be labeled with the following information:

1. Date Found.

2. Place Found.

3. Person confiscating or finding the item.

The item should then be turned over to the appropriate local law enforcement officials on the same day when possible. When immediate turnover is not possible, the confiscated material will be stored in a secure location on school property.

## ACCEPTABLE USE OF ELECTRONIC INFORMATION RESOURCES

Information resources offer access to computers and people throughout the world. Students and staff will have access to electronic mail and college and university libraries, information and news from a variety of sources and research institutions, software of all types, and discussion groups on a wide variety-of topics, and much more.

The following guidelines are intended to be helpful and provide a base from which district and school policies can be tailored. While the emphasis here is on appropriate use, there is no intent to diminish the vital nature of electronic information services. The concerns described here are real, but they should not discourage school officials from planning for the appropriate use of one of education's newest and most valuable tools.

The Dunmore School District encourages the establishment of a district level electronic information resources committee. Whenever possible, the committee should be composed of school board members, administrators, teachers, library media personnel, students and parents. It should be chaired by the administrator who has overall responsibility for student use of electronic information resources. The committee should develop policies and provide all users and potential users and parents with a handbook that describes the policies related to the acceptable use of electronic information resources.

While electronic information resources offer tremendous opportunities of educational value, they also offer persons with illegal or unethical purposes avenues for reaching students, teachers, and others, including parents. The following represent some of the inappropriate uses that may occur:

* using the network for commercial advertising
* using copyrighted material in reports without permission
* using the network to access a file that contains pornographic pictures, taking them home, and telling parents, "I got them at school"
* using the network to send/receive messages that are racist
* using the network to send/receive inflammatory messages
* creating a computer virus and placing it on the network
* using the network to send/receive a message with someone else's name on it
* using the network to send/receive a message that is inconsistent with the school's code of conduct
* using the network to send/receive messages that are sexist-and contain obscenities
* using the network to request home phone numbers and, later. making obscene phone calls to the numbers
* using the network to provide addresses or other personal information that others may use in an  inappropriate manner

All users should be aware that the inappropriate use of electronic information resources can be a violation of local, state, and federal laws. Violations can lead to prosecution.

# SCHOOL VISITORS

The Board welcomes and encourages visits to school by parents or guardians or by other taxpayers of the community or interested educators. To insure order in the schools, it is necessary for the Board to establish guidelines governing such school visitations.

Procedure For School Visitation

The District Superintendent or Building Principal shall have the authority to prohibit entry of any person to a school of this District unless or until the following procedures have been complied with:

If the visitation is for a parent or teacher-initiated parent conference concerning the parent or guardian's child, it must be scheduled in advance with the teacher. Upon arrival at school, a person visiting school for this purpose shall register at the office of the Principal prior to proceeding to the conference site.

If the visitation is for any other purpose, arrangements must be made in advance through the office of the Building Principal.

All visitors must register at the office of the Building Principal upon arrival.

No visitor may confer with a student in school, other than a student of whom he/she is the parent or guardian, without prior permission of the Building Principal.

No visitor shall be allowed to photograph or videotape any person or any part of any building or to tape record any conversation of any kind without prior approval by the Building Principal and the District Superintendent.

Procedure for Classroom Visitation

Visitation of classrooms by persons other than school employees while a class is in progress invariably leads to disruption of the learning process. Accordingly, such visitations are not encouraged. Such visitations may be specifically approved subject to the preceding and to the following additional guidelines:

Where the classroom teacher of a student requests that a parent or guardian be allowed to observe a class for a specified period and approval is obtained from the Building Principal.

Where a specified period of observation by a parent or guardian of his/her child or by a recognized professional on behalf of the parent or guardian is approved by the Director of Special Education as a necessary part of the evaluation of an exceptional or thought to be exceptional student.

# EVERY STUDENT SUCCEEDS ACT (ESSA)

The Every Student Succeeds Act (ESSA) was signed by President Obama on December 10, 2015 and represents good news for our nation's schools. This bipartisan measure reauthorizes the 50-year-old Elementary and Secondary Education Act (ESEA), the nation's education law and longstanding commitment to equal opportunity for all students.

The new law builds on key areas of progress in recent years, made possible by the efforts of educators, communities, parents and students across the country.

The previous version of the law, the No Child Left Behind (NCLB) Act, was enacted in 2002. NCLB represented a significant step forward for our nation's children in many respects, particularly as it shined a light on where students were making progress and where they needed additional support, regardless of race, income, zip code, disability, home language, or background. The law was scheduled for revision in 2007, and, over time, NCLB's prescriptive requirements became increasingly unworkable for schools and educators. Recognizing this fact, in 2010, the Obama administration joined a call from educators and families to create a better law that focused on the clear goal of fully preparing students for success in college and careers.

Our district is fully committed to the success of your child. We appreciate your partnership in our efforts.

# HOMELESS CHILDREN AND YOUTH

The Board recognizes the need to promptly identify homeless children and youths within the district, facilitate their immediate enrollment, and eliminate existing barriers to their attendance and education, in compliance with federal and state laws and regulations.

The Board shall ensure that homeless children and youths have equal access to the same educational programs and services provided to other district students.

The Board authorizes the Superintendent to waive district policies, procedures and administrative regulations that create barriers to the identification, enrollment, attendance, transportation, school stability and success in school of homeless children and youths.

It is the policy of the Board that no student shall be discriminated against, segregated or stigmatized based on his/her homeless status.

44

# ANNUAL NOTICE

## 2022-2023 SCHOOL YEAR

## TO PARENTS OF CHILDREN WHO RESIDE IN THE

## DUNMORE SCHOOL DISTRICT

In compliance with state and federal law, notice is hereby given by the Dunmore School District that it conducts on going identification activities as part of its school program for the purpose of identifying students who may be in need of special education and related services. If your child is identified by the District as possibly being in need of special education and related services, you will be identified by the District as possibly being in need of such services, you will be notified of applicable procedures. Individualized services and programs are available for children who are determined to need specially designed instruction due to the following conditions:

1. Autism/pervasive development disorder
2. Blindness or visual impairment
3. Deafness or hearing impairment
4. Developmental Delay
5. Mentally Gifted
6. Mental Retardation
7. Multi handicapped
8. Neurological impairments
9. Other physical impairments
10. Physically disabled
11. Serious emotional disturbance
12. Specific Learning Disabilities

13. Speech and Language Impairment

If you believe your school age child may be in need of special education services and related programs, or your child (age 3 to school age) may be in need of early intervention, screening and evaluation process designed to assess the need of the child and his/her eligibility are available to you at no cost, upon written request. You may request screening and evaluation at any time whether or not your child is enrolled in the district's public school program. Requests for evaluation and screening are to be made in writing to: Mr. John Marichak, Superintendent, Dunmore School District, 300 W. Warren Street, Dunmore, PA 18512.

For further information on the rights of parents and children, provisions of services, evaluation and screening (including purpose, time and location) you may contact in writing the person listed above or any district administrator.

**Confidentiality: All information about your child is subject to the confidentiality provisions contained in federal and state law.** The district has policies and procedures governing the collection, maintenance, destruction and disclosure to third parties of this information. For information about these policies and procedures, as well as rights of confidentiality and access to

educational records, you may contact the district superintendent or building principal.

In compliance with state and federal law, the Dunmore School District will provide to each protected handicapped student, without discrimination or cost to the student or family, those related aids, services or accommodations which are needed to provide equal opportunity to participate in and obtain the benefits of the school program and extra-curricular activities to the maximum extent appropriate to the student's abilities. In order to qualify as a protected handicapped student, the child must be of school age with a physical or mental disability, which substantially limits or prohibits participation in or access to an aspect of the school program.

These services and protections for "protected handicapped students" are distinct from those applicable to all eligible or exceptional students enrolled (or seeking enrollment) in special education programs.

For further information on the evaluation procedures and provisions of services to protected handicapped students, please contact Mr. John Marichak, Superintendent of Schools at 570-343-2110.

# PROCEDURAL SAFEGUARDS

This notice describes your rights and the procedures that safeguard your rights under Pennsylvania Special Education law and regulations and under the federal law, the Individuals with Disabilities Act Amendments of 1997 (P.L. 105-17), commonly referred to as "IDEA'97." These laws and regulations require school districts to provide a Free Appropriate Public Education (FAPE) to all students with disabilities who are in need of special education. FAPE means special education and related services designed to meet the individual educational needs of your child provided in conformity with an Individualized Education Program (IEP), and at no cost to you.

The information contained in this Notice is important to you and your child. Please take time to review it. While we have attempted to consolidate a great deal of information into a readable format, we recognize that the information can be cumbersome. If you need clarification, you can seek help from personnel in your school district. You also have the right to be informed of organizations that are established to assist parents in understanding their rights under these laws. A list of some resources follows.

If you have concerns about your child's educational program, you may wish to contact your child's teachers, principal, or district administrators. This type of communication is often helpful in resolving concerns. You also have the right under federal law to file a complaint with the Pennsylvania Department of Education and/or to initiate due process procedures as described in Section VI of this notice.

# BULLYING

Dunmore School District recognizes that bullying of students has a negative effect on the educational environment of its schools. Students who are bullied, intimidated or fearful of other students may not be able to take full advantage of the educational opportunities offered by the school district. Bullying means to treat abusively. At no time is any student to use browbeating, language or behavior. A student is being bullied or victimized when he or she is exposed, repeatedly and over time, to negative actions on the part of one or more students.(Olweus 1986 and 1991). Bullying occurs when there is an inbalance of power. A conflict in which both parties are equally matched in their actions does not constitute bullying.

Three types of bullying which are prohibited by the "PA SAFE SCHOOLS" are the following.

1. ***DIRECT BULLYING-***  A negative action when someone hits, pushes, kicks, pinches, restrains another by physical contact. Direct bullying can also be carried out by words by threatening, taunting, teasing and calling names.

2. ***INDIRECT BULLYING-*** Making faces or dirty gestures, intentionally excluding someone from a group, spreading rumors, or refusing to comply with another person's wishes.

3. ***CYBER BULLYING-*** Using electronic devices such as but not limited to computers, cell phones and pagers to bully others through methods such as posting comments or pictures on blogs or websites, text messaging, instant messaging and email. This cyber is not to be confused with terroristic threats, which can be communicated through similar methods.

If a student believes that he or she is being bullied, the student should inform the student who is doing the buying that his or her behavior is unacceptable. If the bullying continues, the student should follow the complaint procedure that has been established for unlawful harassment.

## DISCRIMINATION/SEXUAL HARASSMENT/BULLYING/ HAZING/DATING VIOLENCE/RETALIATION REPORT FORM

The Board declares it to be the policy of this district to provide a safe, positive learning and working environment that is free from bullying, hazing, dating violence, sexual harassment and other discrimination, and retaliation. If you have experienced, or if you have knowledge of, any such actions, we encourage you to complete this form. The Title IX Coordinator will be happy to support you by answering any questions about the report form, reviewing the report form for completion and assisting as necessary with completion of the report. The Title IX Coordinator's contact information is:

Position: _____

Address: _____

Email: _____

Phone Number: _____

### Retaliation Prohibited

The district, its employees and others are prohibited from intimidating, threatening, coercing, or discriminating against you for filing this report. Please contact the Title IX Coordinator immediately if you believe retaliation has occurred.

### Confidentiality

Confidentiality of all parties, witnesses, the allegations and the filing of a report shall be handled in accordance with applicable law, regulations, Board policy, procedures, and the district's legal and investigative obligations. The school will take all reasonable steps to investigate and respond to the report, consistent with a request for confidentiality as long as doing so does not preclude the school from responding effectively to the report. If you have any questions regarding how the information contained in this report may be used, please discuss them with the Title IX Coordinator prior to filing the report. Once this report is filed, the district has an obligation to investigate the information provided.

*Note: For purposes of Title IX sexual harassment, this Report Form serves initially as an informal report, **not** a formal complaint of Sexual Harassment under Title IX.*

**I. Information About the Person Making This Report:**

Name: _____

Address: _____

Phone Number: _____

School Building: _____

I am a:

☐ Student    ☐ Parent/Guardian    ☐ Employee    ☐ Volunteer    ☐ Visitor

☐ Other _____ (please explain relationship to the district)

If you are not the victim of the reported conduct, please identify the alleged victim:

Name: _____

The alleged victim is: ☐ Your Child    ☐ Another Student   ☐ A District Employee

☐ Other: _____ (please explain relationship to the alleged victim)

**II. Information About the Person(s) You Believe is/are Responsible for the Bullying, Hazing, Harassing or Other Discrimination You are Reporting**

What is/are the name(s) of the individual(s) you believe is/are responsible for the conduct you are reporting?

Name(s):



**The reported individual(s) is/are:**

☐ Student(s)    ☐ Employee(s)

☐ Other _____ (please explain relationship to the district)

### III. Description of the Conduct You are Reporting

In your own words, please do your best to describe the conduct you are reporting as clearly as possible. Please attach additional pages if necessary:

When did the reported conduct occur? (Please provide the specific date(s) and time(s) if possible):

Where did the reported conduct take place?

Please provide the name(s) of any person(s) who was/were present, even if for only part of the time.

Please provide the name(s) of any other person(s) that may have knowledge or related information surrounding the reported conduct.

Have you reported this conduct to any other individual prior to giving this report?

☐Yes        ☐No

If yes, who did you tell about it?

If you are the victim of the reported conduct, how has this affected you?

I affirm that the information reported above is true to the best of my knowledge, information and belief.

_____                    _____
Signature of Person Making the Report                               Date

_____                    _____
Received By                                                          Date

## ADMINISTRATION

Mr. John Marichak, Superintendent
Mr. Timothy Hopkins, Principal
Mr. Christopher Lucas, Assistant Principal

## FACULTY/DEPARTMENT

GUIDANCE

Margo Balderson
Jeanne Massaro
Kim Ahern
Amy Ferguson

ENGLISH

Patricia Mataloni
Mary Casebolt
Maura Irving
Michelle Summers
Megan Dempsey
Mia LaTorre
Kim Bochicchio
Jennifer McNeff
Elizabeth Snyder
Celine Carlier

FOREIGN LANGUAGE

Tara Cooper
Nabiha Garraoui
Audrey Williams

MATH

Mark Finan
Paul Biagioli
Jeff Mills
Patricia Sload
Anthony Rennekamp
Dana Lindemuth
Dan Callahan
Kaitlyn Bevans
Megan Judge

SCIENCE

Linda Muracco
John Bennett
Brian Olivieri
Anthony Rennekamp
Christy Hinton
Sara Worozbyt
Dave Woloszyn

ART

Cristin Hogan
Jenny Ondek
Suzanne Jimmie

MUSIC

Nicole Zywicki
Frank Jones
Catherine Errico

PHYSICAL EDUCATION/HEALTH, DRIVER EDUCATION

Diane Pegula
John Gatto
Chris Phillips
Gianna Muracco

INDUSTRIAL ARTS

John Farris

53

## SOCIAL STUDIES

Michael DeSando
William O'Malley
Dana Shields
Alan Roche
Michael O'Malley
Kevin McHale

## HOME ECONOMICS

Megan Dempsey

## TECHNOLOGY

Jeanne DeSantis
Rick Sember
Stacie Telnock

## SCHOOL NURSE
Renee Iezzi
Kim Marchese

## SECURITY

Captain William Springer, DPD

## SPECIAL EDUCATION

Bridget Sotak
Maura Reilly
Karen Chorba
Christina Donato
Lisa Andrews
Bridget Coyer
Ryan Ehnot
Ashley Burgette

## SECRETARIES

Kathy Golden
Barbara Dempsey

## TEACHER'S AIDE

Natalie King
Lisa Tallo
Christina Pizzola
Betsy Palko
Kristina Richardson

## CLERICAL AIDE

Amy Kearney

## SPECIAL EDUCATION DIRECTOR

Kaley Noone

D.H.S. PHONE NUMBER (570) 346- 2043
FAX NUMBER  (570) 346-5923

55